UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

Vs

Sergey Gabinsky

-----------------------------------------------------------X

CASE# __S5 12 CR 171-23 ( JPO )__

## ORDER OF REMAND

It is hereby ordered that ____Sergey Gabinsky____, the defendant, be remanded into the custody of the U.S. Marshal Service, and that the conditions of his bail provisions are hereby revoked.

So Ordered: _____     4/25/13
              U.S. District Judge              Date